IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VICKY L. RODRIGUEZ, | ) | 1:08cv1444 BAK DLB |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | EXTENSION OF TIME |
| | ) | |
| vs. | ) | (Document 15) |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |

On May 26, 2009, the parties filed a stipulation and proposed order to allow Plaintiff an extension of time to file his opening brief. The parties' request is GRANTED. Plaintiff's opening brief SHALL be filed on or before June 2, 2009.

IT IS SO ORDERED.

Dated: **May 27, 2009**  /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1